IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR9 |
| vs. | ) | |
| | ) | ORDER |
| ADRIANA GARCIA-SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of time in which to file pretrial motions (Doc. 42). Upon review of the file, the court finds that a one-week extension should be granted.

**IT IS ORDERED** that the motion is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to **February 26, 2009.**

2. In accordance with [18 U.S.C. § 3161](h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **February 19, 2009 and February 26, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED February 20, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**