## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR09-002 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT OF ACQUITTAL |
| ADRIANA GARCIA-SILVA, | ) | |
| Defendant. | ) | |

The defendant, having pleaded not guilty as to Counts I and II of the Information, and the jury having found the defendant not guilty of those counts,

IT IS ORDERED:

1. Judgment of acquittal is entered as to Counts I and II of the Information and the defendant is discharged as to those counts; and

2. The Indictment and Superseding Indictment are dismissed.

DATED this 3rd day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge